No. 74–1159. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA ET AL. v. PILOT FREIGHT CARRIERS, INC. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 506 F. 2d 914.

No. 74–1377. JOHNSON ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 46 App. Div. 2d 739, 361 N. Y. S. 2d 325.

No. 74–1394. CLINTON COMMUNITY HOSPITAL CORP. v. SOUTHERN MARYLAND MEDICAL CENTER ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 510 F. 2d 1037.

No. 74–1422. CINCINNATI ENQUIRER, INC., ET AL. v. RAMEY ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 508 F. 2d 1188.

No. 74–6184. POOLE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 161 U. S. App. D. C. 289, 495 F. 2d 115.

No. 74–6191. BRITTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 511 F. 2d 25.

No. 74–6231. KLEIN v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1440. MICHIGAN v. REED. Sup. Ct. Mich. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. Reported below: 393 Mich. 342, 224 N. W. 2d 867.